# Exhibit 1

| Case Number | Nature of Suit | Case Title | Date Filed |
|---|---|---|---|
| 1:03-cv-00288-GHD-JAD | 240-Torts to Land | Moucha, et al v. Kerr-McGee Corp, et al | 07/31/2003 |
| 1:03-cv-00332-GHD-JAD | 365-Personal Inj. Prod. Liability | Buckner, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00333-GHD-JAD | 365-Personal Inj. Prod. Liability | Brown, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00334-GHD-JAD | 365-Personal Inj. Prod. Liability | Burgin, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00335-GHD-JAD | 365-Personal Inj. Prod. Liability | Bush, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00336-GHD-JAD | 365-Personal Inj. Prod. Liability | Butler, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00337-GHD-JAD | 365-Personal Inj. Prod. Liability | Campbell, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00338-GHD-JAD | 365-Personal Inj. Prod. Liability | Carr, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00339-GHD-JAD | 365-Personal Inj. Prod. Liability | Chandler, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00340-GHD-JAD | 365-Personal Inj. Prod. Liability | Clay, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00341-GHD-JAD | 365-Personal Inj. Prod. Liability | Cunningham, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00342-GHD-JAD | 365-Personal Inj. Prod. Liability | Cunningham, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00343-GHD-JAD | 365-Personal Inj. Prod. Liability | Crockett, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00344-GHD-JAD | 365-Personal Inj. Prod. Liability | Criswell, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00345-GHD-JAD | 365-Personal Inj. Prod. Liability | Cotton, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

| Case Number | Nature of Suit | Case Title | Filed Reopened |
|---|---|---|---|
| 1:03-cv-00346-GHD-JAD | 365-Personal Inj. Prod. Liability | Cooper, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00347-GHD-JAD | 365-Personal Inj. Prod. Liability | Conner, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00348-GHD-JAD | 365-Personal Inj. Prod. Liability | Colvin, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00349-GHD-JAD | 365-Personal Inj. Prod. Liability | Coleman, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

Judge: Glen H. Davidson(Active)

CASES(Continued)

| Case Number | Nature of Suit | Case Title | Filed Reopened |
|---|---|---|---|
| 1:03-cv-00350-GHD-JAD | 365-Personal Inj. Prod. Liability | Coleman, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00351-GHD-JAD | 365-Personal Inj. Prod. Liability | Cockrell, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00352-GHD-JAD | 365-Personal Inj. Prod. Liability | Clemmons, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00353-GHD-JAD | 365-Personal Inj. Prod. Liability | Dean, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00354-GHD-JAD | 365-Personal Inj. Prod. Liability | Davis, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00355-GHD-JAD | 365-Personal Inj. Prod. Liability | Davis, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00356-GHD-JAD | 365-Personal Inj. Prod. Liability | Deloach, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00357-GHD-JAD | 365-Personal Inj. Prod. Liability | Dent, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00358-GHD-JAD | 365-Personal Inj. Prod. Liability | Dixon, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00359-GHD-JAD | 365-Personal Inj. Prod. Liability | Dora, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00360-GHD-JAD | 365-Personal Inj. Prod. Liability | Douglas, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00361-GHD-JAD | 365-Personal Inj. Prod. Liability | Durrah, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00362-GHD-JAD | 365-Personal Inj. Prod. Liability | Easley, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00363-GHD-JAD | 365-Personal Inj. Prod. Liability | Edwards, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

| Case Number | Nature of Suit | Case Title | Filed Reopened |
|---|---|---|---|
| 1:03-cv-00364-GHD-JAD | 365-Personal Inj. Prod. Liability | Elliot, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00365-GHD-JAD | 365-Personal Inj. Prod. Liability | Epps, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00366-GHD-JAD | 365-Personal Inj. Prod. Liability | Erby, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00367-GHD-JAD | 365-Personal Inj. Prod. Liability | Fenton, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00368-GHD-JAD | 365-Personal Inj. Prod. Liability | Floyd, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00369-GHD-JAD | 365-Personal Inj. Prod. Liability | Fort, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

Judge: Glen H. Davidson(Active)

CASES(Continued)

| Case Number | Nature of Suit | Case Title | Filed Reopened |
|---|---|---|---|
| 1:03-cv-00370-GHD-JAD | 365-Personal Inj. Prod. Liability | Frierson, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00371-GHD-JAD | 365-Personal Inj. Prod. Liability | Fulton, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00372-GHD-JAD | 365-Personal Inj. Prod. Liability | Gandy, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00373-GHD-JAD | 365-Personal Inj. Prod. Liability | Garrett, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00374-GHD-JAD | 365-Personal Inj. Prod. Liability | Gibson, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00375-GHD-JAD | 365-Personal Inj. Prod. Liability | Gordon, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00376-GHD-JAD | 365-Personal Inj. Prod. Liability | Gore, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00377-GHD-JAD | 365-Personal Inj. Prod. Liability | Graham, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00378-GHD-JAD | 365-Personal Inj. Prod. Liability | Gray, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00379-GHD-JAD | 365-Personal Inj. Prod. Liability | Green, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00380-GHD-JAD | 365-Personal Inj. Prod. Liability | Gregory, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00381-GHD-JAD | 365-Personal Inj. Prod. Liability | Blunt-Griffin, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

| Case Number | Nature of Suit | Case Title | Filed Reopened |
|---|---|---|---|
| 1:03-cv-00382-GHD-JAD | 365-Personal Inj. Prod. Liability | Guyton, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00383-GHD-JAD | 365-Personal Inj. Prod. Liability | Hairston, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00384-GHD-JAD | 365-Personal Inj. Prod. Liability | Hairston, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00385-GHD-JAD | 365-Personal Inj. Prod. Liability | Hairston, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00386-GHD-JAD | 365-Personal Inj. Prod. Liability | Harkins, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00387-GHD-JAD | 365-Personal Inj. Prod. Liability | Harris, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00388-GHD-JAD | 365-Personal Inj. Prod. Liability | Harris, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00389-GHD-JAD | 365-Personal Inj. Prod. Liability | Harris, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

Judge: Glen H. Davidson(Active)

CASES(Continued)

| Case Number | Nature of Suit | Case Title | Filed Reopened |
|---|---|---|---|
| 1:03-cv-00390-GHD-JAD | 365-Personal Inj. Prod. Liability | Harris, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00391-GHD-JAD | 365-Personal Inj. Prod. Liability | Haskins, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00392-GHD-JAD | 365-Personal Inj. Prod. Liability | Hayes, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00393-GHD-JAD | 365-Personal Inj. Prod. Liability | Harrison, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00394-GHD-JAD | 365-Personal Inj. Prod. Liability | Hemphill, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00395-GHD-JAD | 365-Personal Inj. Prod. Liability | Henry, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00396-GHD-JAD | 365-Personal Inj. Prod. Liability | Henry, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00397-GHD-JAD | 365-Personal Inj. Prod. Liability | Hills, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00398-GHD-JAD | 365-Personal Inj. Prod. Liability | Hodges, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00399-GHD-JAD | 365-Personal Inj. Prod. Liability | Hodo, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

| Case Number | Nature of Suit | Case Title | Filed Reopened |
|---|---|---|---|
| 1:03-cv-00400-GHD-JAD | 365-Personal Inj. Prod. Liability | Horne, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00401-GHD-JAD | 365-Personal Inj. Prod. Liability | Horton, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00402-GHD-JAD | 365-Personal Inj. Prod. Liability | Hudgins, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00403-GHD-JAD | 365-Personal Inj. Prod. Liability | Humphries, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00404-GHD-JAD | 365-Personal Inj. Prod. Liability | Jackson, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00405-GHD-JAD | 365-Personal Inj. Prod. Liability | Jackson, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00406-GHD-JAD | 365-Personal Inj. Prod. Liability | James, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00407-GHD-JAD | 365-Personal Inj. Prod. Liability | Jenkins, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00408-GHD-JAD | 365-Personal Inj. Prod. Liability | Johnson, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00409-GHD-JAD | 365-Personal Inj. Prod. Liability | Johnson, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

Judge: Glen H. Davidson(Active)

CASES(Continued)

| Case Number | Nature of Suit | Case Title | Filed Reopened |
|---|---|---|---|
| 1:03-cv-00410-GHD-JAD | 365-Personal Inj. Prod. Liability | Roberts, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00411-GHD-JAD | 365-Personal Inj. Prod. Liability | Robertson, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00412-GHD-JAD | 365-Personal Inj. Prod. Liability | Ross, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00413-GHD-JAD | 365-Personal Inj. Prod. Liability | Reese, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00414-GHD-JAD | 365-Personal Inj. Prod. Liability | Ray, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00415-GHD-JAD | 365-Personal Inj. Prod. Liability | Reeves, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00416-GHD-JAD | 365-Personal Inj. Prod. Liability | Rice, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00417-GHD-JAD | 365-Personal Inj. Prod. Liability | Richards, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

| Case Number | Nature of Suit | Case Title | Filed |
|---|---|---|---|
| 1:03-cv-00418-GHD-JAD | 365-Personal Inj. Prod. Liability | Richardson, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00419-GHD-JAD | 365-Personal Inj. Prod. Liability | Webber-Newsome, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00420-GHD-JAD | 365-Personal Inj. Prod. Liability | Melvin, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00421-GHD-JAD | 365-Personal Inj. Prod. Liability | Murray, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00422-GHD-JAD | 365-Personal Inj. Prod. Liability | Moore, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00423-GHD-JAD | 365-Personal Inj. Prod. Liability | Jones, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00424-GHD-JAD | 365-Personal Inj. Prod. Liability | Jethroe, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00425-GHD-JAD | 365-Personal Inj. Prod. Liability | Webber-Brown, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00426-GHD-JAD | 365-Personal Inj. Prod. Liability | Faulkner, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00427-GHD-JAD | 365-Personal Inj. Prod. Liability | Bell-Andrade, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00428-GHD-JAD | 365-Personal Inj. Prod. Liability | Turner, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00429-GHD-JAD | 365-Personal Inj. Prod. Liability | Vance, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

Judge: Glen H. Davidson(Active)

CASES(Continued)

| Case Number | Nature of Suit | Case Title | Filed Reopened |
|---|---|---|---|
| 1:03-cv-00430-GHD-JAD | 365-Personal Inj. Prod. Liability | Trimble, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00431-GHD-JAD | 365-Personal Inj. Prod. Liability | Trimuel, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00432-GHD-JAD | 365-Personal Inj. Prod. Liability | Turner, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00433-GHD-JAD | 365-Personal Inj. Prod. Liability | Thomas, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00434-GHD-JAD | 365-Personal Inj. Prod. Liability | Thomas, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00435-GHD-JAD | 365-Personal Inj. Prod. Liability | Thompson, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

| Case Number | Nature of Suit | Case Title | Filed |
|---|---|---|---|
| 1:03-cv-00436-GHD-JAD | 365-Personal Inj. Prod. Liability | Abrams, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00437-GHD-JAD | 365-Personal Inj. Prod. Liability | Abrams, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00438-GHD-JAD | 365-Personal Inj. Prod. Liability | Alexander, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00439-GHD-JAD | 365-Personal Inj. Prod. Liability | Anthony, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00440-GHD-JAD | 365-Personal Inj. Prod. Liability | Atkins, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00441-GHD-JAD | 365-Personal Inj. Prod. Liability | Bailey, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00442-GHD-JAD | 365-Personal Inj. Prod. Liability | Baker, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00443-GHD-JAD | 365-Personal Inj. Prod. Liability | Bankhead, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00444-GHD-JAD | 365-Personal Inj. Prod. Liability | Bankhead, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00445-GHD-JAD | 365-Personal Inj. Prod. Liability | Barry, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00446-GHD-JAD | 365-Personal Inj. Prod. Liability | Beard, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00447-GHD-JAD | 365-Personal Inj. Prod. Liability | Baldwin, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00448-GHD-JAD | 365-Personal Inj. Prod. Liability | Benson, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00449-GHD-JAD | 365-Personal Inj. Prod. Liability | Baldwin, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

Judge: Glen H. Davidson(Active)

CASES(Continued)

| Case Number | Nature of Suit | Case Title | Filed Reopened |
|---|---|---|---|
| 1:03-cv-00450-GHD-JAD | 365-Personal Inj. Prod. Liability | Billips, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00451-GHD-JAD | 365-Personal Inj. Prod. Liability | Blevins, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00452-GHD-JAD | 365-Personal Inj. Prod. Liability | Bluitt, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00453-GHD-JAD | 365-Personal Inj. Prod. Liability | Bradford, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

| Case Number | Nature of Suit | Case Title | Filed |
|---|---|---|---|
| 1:03-cv-00454-GHD-JAD | 365-Personal Inj. Prod. Liability | Brewer, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00455-GHD-JAD | 365-Personal Inj. Prod. Liability | Brewer, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00456-GHD-JAD | 365-Personal Inj. Prod. Liability | Bridges, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00457-GHD-JAD | 365-Personal Inj. Prod. Liability | Brooks, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00458-GHD-JAD | 365-Personal Inj. Prod. Liability | Brown, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00459-GHD-JAD | 365-Personal Inj. Prod. Liability | Brown, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00460-GHD-JAD | 365-Personal Inj. Prod. Liability | Brown, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00461-GHD-JAD | 365-Personal Inj. Prod. Liability | Jones, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00462-GHD-JAD | 365-Personal Inj. Prod. Liability | Harris, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00463-GHD-JAD | 365-Personal Inj. Prod. Liability | Harris, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00464-GHD-JAD | 365-Personal Inj. Prod. Liability | Harris, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00465-GHD-JAD | 365-Personal Inj. Prod. Liability | Jordan, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00466-GHD-JAD | 365-Personal Inj. Prod. Liability | Jones, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00467-GHD-JAD | 365-Personal Inj. Prod. Liability | Johnson, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00468-GHD-JAD | 365-Personal Inj. Prod. Liability | Keaton, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00469-GHD-JAD | 365-Personal Inj. Prod. Liability | Kersh, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

Judge: Glen H. Davidson(Active)

| | CASES(Continued) | | |
|---|---|---|---|
| Case Number | Nature of Suit | Case Title | Filed Reopened |
| 1:03-cv-00470-GHD-JAD | 365-Personal Inj. Prod. Liability | Kidd, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00471-GHD-JAD | 365-Personal Inj. Prod. Liability | Knox, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

| Case Number | Nature of Suit | Case Title | Filed |
|---|---|---|---|
| 1:03-cv-00472-GHD-JAD | 365-Personal Inj. Prod. Liability | Lang, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00473-GHD-JAD | 365-Personal Inj. Prod. Liability | Lang, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00474-GHD-JAD | 365-Personal Inj. Prod. Liability | Latham, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00475-GHD-JAD | 365-Personal Inj. Prod. Liability | Lawson, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00476-GHD-JAD | 365-Personal Inj. Prod. Liability | Ledbetter, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00477-GHD-JAD | 365-Personal Inj. Prod. Liability | Lee, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00478-GHD-JAD | 365-Personal Inj. Prod. Liability | Lemon, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00479-GHD-JAD | 365-Personal Inj. Prod. Liability | Lewis, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00480-GHD-JAD | 365-Personal Inj. Prod. Liability | Lindsey, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00481-GHD-JAD | 365-Personal Inj. Prod. Liability | Lowe, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00482-GHD-JAD | 365-Personal Inj. Prod. Liability | Lowery, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00483-GHD-JAD | 365-Personal Inj. Prod. Liability | Jones, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00484-GHD-JAD | 365-Personal Inj. Prod. Liability | Lyles, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00485-GHD-JAD | 365-Personal Inj. Prod. Liability | Malone, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00486-GHD-JAD | 365-Personal Inj. Prod. Liability | Mosely, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00487-GHD-JAD | 365-Personal Inj. Prod. Liability | Neal, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00488-GHD-JAD | 365-Personal Inj. Prod. Liability | Oliver, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00489-GHD-JAD | 365-Personal Inj. Prod. Liability | Padbury, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

Judge: Glen H. Davidson(Active)

CASES(Continued)

| Case Number | Nature of Suit | Case Title | Filed Reopened |
|---|---|---|---|

| Case Number | Nature of Suit | Case Title | Date Filed |
|---|---|---|---|
| 1:03-cv-00490-GHD-JAD | 365-Personal Inj. Prod. Liability | Parr, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00491-GHD-JAD | 365-Personal Inj. Prod. Liability | Pattman, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00492-GHD-JAD | 365-Personal Inj. Prod. Liability | Perkins, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00493-GHD-JAD | 365-Personal Inj. Prod. Liability | Perkins, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00494-GHD-JAD | 365-Personal Inj. Prod. Liability | Petty, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00495-GHD-JAD | 365-Personal Inj. Prod. Liability | Speight, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00496-GHD-JAD | 365-Personal Inj. Prod. Liability | Stevenson, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00497-GHD-JAD | 365-Personal Inj. Prod. Liability | Stewart, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00498-GHD-JAD | 365-Personal Inj. Prod. Liability | Stewart, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00499-GHD-JAD | 365-Personal Inj. Prod. Liability | Stokes, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00500-GHD-JAD | 365-Personal Inj. Prod. Liability | Summerville, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00501-GHD-JAD | 365-Personal Inj. Prod. Liability | Marlowe, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00502-GHD-JAD | 365-Personal Inj. Prod. Liability | Martin, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00503-GHD-JAD | 365-Personal Inj. Prod. Liability | Matthews, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00504-GHD-JAD | 365-Personal Inj. Prod. Liability | Mattix, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00505-GHD-JAD | 365-Personal Inj. Prod. Liability | McClung, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00506-GHD-JAD | 365-Personal Inj. Prod. Liability | McCoy, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00507-GHD-JAD | 365-Personal Inj. Prod. Liability | McCullough, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00508-GHD-JAD | 365-Personal Inj. Prod. Liability | Hayden, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00509-GHD-JAD | 365-Personal Inj. Prod. Liability | Jones, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

**Judge: Glen H. Davidson(Active)**

| CASES(Continued) | | | |
|---|---|---|---|
| Case Number | Nature of Suit | Case Title | Filed Reopened |
| 1:03-cv-00510-GHD-JAD | 365-Personal Inj. Prod. Liability | Mey, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00511-GHD-JAD | 365-Personal Inj. Prod. Liability | Minor, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00512-GHD-JAD | 365-Personal Inj. Prod. Liability | Young, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00513-GHD-JAD | 365-Personal Inj. Prod. Liability | Brown, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00514-GHD-JAD | 365-Personal Inj. Prod. Liability | Tabb, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00515-GHD-JAD | 365-Personal Inj. Prod. Liability | Sykes, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00516-GHD-JAD | 365-Personal Inj. Prod. Liability | Williams, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00517-GHD-JAD | 365-Personal Inj. Prod. Liability | Wiley, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00518-GHD-JAD | 365-Personal Inj. Prod. Liability | Williams, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00519-GHD-JAD | 365-Personal Inj. Prod. Liability | Webb, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00520-GHD-JAD | 365-Personal Inj. Prod. Liability | Whitfield, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00521-GHD-JAD | 365-Personal Inj. Prod. Liability | Washington, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00522-GHD-JAD | 365-Personal Inj. Prod. Liability | Washington, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00523-GHD-JAD | 365-Personal Inj. Prod. Liability | Walker, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00524-GHD-JAD | 365-Personal Inj. Prod. Liability | Walls, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00525-GHD-JAD | 365-Personal Inj. Prod. Liability | Vaughn, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00526-GHD-JAD | 365-Personal Inj. Prod. Liability | Williams, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00527-GHD-JAD | 365-Personal Inj. Prod. Liability | Winston, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00528-GHD-JAD | 365-Personal Inj. Prod. Liability | Wingo, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

| Case Number | Nature of Suit | Case Title | Filed Reopened |
|---|---|---|---|
| 1:03-cv-00529-GHD-JAD | 365-Personal Inj. Prod. Liability | Williams, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

### Judge: Glen H. Davidson(Active)

#### CASES(Continued)

| Case Number | Nature of Suit | Case Title | Filed Reopened |
|---|---|---|---|
| 1:03-cv-00530-GHD-JAD | 365-Personal Inj. Prod. Liability | White, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00531-GHD-JAD | 365-Personal Inj. Prod. Liability | Williams, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00532-GHD-JAD | 365-Personal Inj. Prod. Liability | Williams, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00533-GHD-JAD | 365-Personal Inj. Prod. Liability | Williams, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00534-GHD-JAD | 365-Personal Inj. Prod. Liability | Wilson, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00535-GHD-JAD | 365-Personal Inj. Prod. Liability | Morgan, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00536-GHD-JAD | 365-Personal Inj. Prod. Liability | Mosley, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00537-GHD-JAD | 365-Personal Inj. Prod. Liability | Moody, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00538-GHD-JAD | 365-Personal Inj. Prod. Liability | Moore, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00539-GHD-JAD | 365-Personal Inj. Prod. Liability | Monroe, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00540-GHD-JAD | 365-Personal Inj. Prod. Liability | Pugh, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00541-GHD-JAD | 365-Personal Inj. Prod. Liability | Prude, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00542-GHD-JAD | 365-Personal Inj. Prod. Liability | Pickens, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00543-GHD-JAD | 365-Personal Inj. Prod. Liability | Peacock, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00544-GHD-JAD | 365-Personal Inj. Prod. Liability | Neal, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00545-GHD-JAD | 365-Personal Inj. Prod. Liability | Porter, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00546-GHD-JAD | 365-Personal Inj. Prod. Liability | Pippins, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

| Case Number | Nature of Suit | Case Title | Filed |
|---|---|---|---|
| 1:03-cv-00547-GHD-JAD | 365-Personal Inj. Prod. Liability | Tubbs, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00548-GHD-JAD | 365-Personal Inj. Prod. Liability | Tate, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00549-GHD-JAD | 365-Personal Inj. Prod. Liability | Taylor, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

Judge: Glen H. Davidson(Active)

### CASES(Continued)

| Case Number | Nature of Suit | Case Title | Filed Reopened |
|---|---|---|---|
| 1:03-cv-00550-GHD-JAD | 365-Personal Inj. Prod. Liability | Salter, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00551-GHD-JAD | 365-Personal Inj. Prod. Liability | Scott, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00552-GHD-JAD | 365-Personal Inj. Prod. Liability | Sherrod, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00553-GHD-JAD | 365-Personal Inj. Prod. Liability | Saul, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00554-GHD-JAD | 365-Personal Inj. Prod. Liability | Shelton, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00555-GHD-JAD | 365-Personal Inj. Prod. Liability | Sanders, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00556-GHD-JAD | 365-Personal Inj. Prod. Liability | Smith, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00557-GHD-JAD | 365-Personal Inj. Prod. Liability | Sherrod, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00558-GHD-JAD | 365-Personal Inj. Prod. Liability | Smith, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00559-GHD-JAD | 365-Personal Inj. Prod. Liability | Stearling, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00560-GHD-JAD | 365-Personal Inj. Prod. Liability | Shinn, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00561-GHD-JAD | 365-Personal Inj. Prod. Liability | Smith, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00562-GHD-JAD | 365-Personal Inj. Prod. Liability | Smith, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00563-GHD-JAD | 365-Personal Inj. Prod. Liability | Smith, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00564-GHD-JAD | 365-Personal Inj. Prod. Liability | Showers, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

| Case Number | Nature of Suit | Case Title | Filed |
|---|---|---|---|
| 1:03-cv-00565-GHD-JAD | 365-Personal Inj. Prod. Liability | Street, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00566-GHD-JAD | 365-Personal Inj. Prod. Liability | Ross, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00567-GHD-JAD | 365-Personal Inj. Prod. Liability | Roland, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00568-GHD-JAD | 365-Personal Inj. Prod. Liability | Robinson, et al v. Kerr-McGee Corp, et al | 09/09/2003 |
| 1:03-cv-00569-GHD-JAD | 365-Personal Inj. Prod. Liability | Swanigan, et al v. Kerr-McGee Corp, et al | 09/09/2003 |

**Judge: Glen H. Davidson(Active)**

### CASES(Continued)

| Case Number | Nature of Suit | Case Title | Filed Reopened |
|---|---|---|---|
| 1:04-cv-00013-GHD-JAD | 365-Personal Inj. Prod. Liability | Hendrix, et al v. Kerr-McGee Corp, et al | 01/15/2004 |
| 1:04-cv-00271-GHD-JAD | 360-P.I.: Other | Hunter, et al v. Kerr-McGee Corporati, et al | 08/31/2004 |
| 1:04-cv-00301-GHD-JAD | 360-P.I.: Other | Baucom, et al v. Kerr-McGee Corporati, et al | 09/27/2004 |