IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PERCY WHITFIELD, et al.                                                PLAINTIFFS

v.                                              CIVIL ACTION NO.: 1:03-cv-00287-GHD-DAS

TRONOX WORLDWIDE, LLC, et al.                                          DEFENDANTS

## ORDER DENYING
## PLAINTIFF TYONDA WILSON'S MOTION TO HOLD ATTORNEYS IN CONTEMPT

Presently before the Court is Plaintiff Tyonda Wilson's motion to hold attorneys Grady Tollison, Jr. and Willie H. Gunn in contempt [645]. Grady Tollison, Jr. and Willie H. Gunn have filed a response and supplemental response. Upon due consideration of the motion, response, and attached documentation, the Court finds and ORDERS as follows.

Plaintiff Tyonda Wilson, as well as all other Plaintiffs in this case, continue to have a claim pending in the United States Bankruptcy Court for the Southern District of New York in the Tronox, LLC bankruptcy proceeding. Furthermore, the Court finds no actionable wrong or contemptible conduct on the part of the attorneys Grady Tollison, Jr. and Willie H. Gunn. For these reasons, Plaintiff Tyonda Wilson's motion to hold attorneys Grady Tollison, Jr. and Willie H. Gunn in contempt [645] is DENIED.

It is SO ORDERED, this, the 17 day of June, 2019.

_____
SENIOR U.S. DISTRICT JUDGE